UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA FRIEDMAN, Individually and as Executor of the Estate of RICHARD FRIEDMAN,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>VULTO CREAMERY, LLC, a New York Corporation,<br><br>　　　　　　　　Defendant, | STIPULATION OF DISMISSAL [FCP41(a)(2)] AND ORDER OF DISMISSAL<br><br>3:17-CV-283 TJM/DEP |

Plaintiff Veronica Friedman, Individually and as Executor of the Estate of Richard Friedman and Defendant Vulto Creamery, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that no party hereto is an infant or incompetent and requests that this action be dismissed with prejudice as to all claims and causes of action that were brought, or that could have been brought, and all parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 28th, 2018

　　　　　　　　　　　　　　　　　　　　UNDERBERG, KESSLER LAW FIRM

　　　　　　　　　　　　　　　　　　　　*William Marler for*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Paul V. Nunes
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

MARLER CLARK

*William Marler*
_____
William D. Marler, *Pro Hac Vice*
*Attorneys for Plaintiffs*


MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

*Faizan Habeeb*
_____
James M. Skelly
Faizan T. Habeeb
Attorneys for Defendant Vulto

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  April 5, 2018

Judge Thomas J. McAvoy
UNITED STATES DISTRICT JUDGE